IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01277-ZLW-MEH

TONYA LIESKE, an individual,
REIDAR KEATING, an individual,

      Plaintiffs,

v.

LANDAMERICA FINANCIAL GROUP, INC., a Virginia corporation;
LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation,

      Defendants.

___

ORDER

___

The matter before the Court is a Joint Motion To Stay Proceedings filed September 26, 2006, wherein counsel for the parties advise the Court that this case has settled.  In consideration thereof, it is

ORDERED that the Joint Motion To Stay Proceedings is granted through and including October 31, 2006.  It is

FURTHER ORDERED that settlement papers or a status report shall be filed on or before October 31, 2006.  If by that date settlement papers or a status report has not

been received by the Court, on November 7, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  27  day of September, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court