IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01277-ZLW-MEH

TONYA LIESKE, an individual,
REIDAR KEATING, an individual,

      Plaintiffs,

v.

LANDAMERICA FINANCIAL GROUP, INC., a Virginia corporation;
LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation,

      Defendants.
_____

## ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulated Motion To Dismiss With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the Stipulated  Motion To Dismiss With Prejudice is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

DATED at Denver, Colorado, this  27  day of October, 2006.

                              BY THE COURT:

                              *[signature]*
                              _____

                              ZITA L. WEINSHIENK,  Senior Judge
                              United States District Court

.